UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOT POWER CONTROL, S.L.,

Plaintiff,

v.

T-MOBILE USA, INC., et al.,

Defendants.

Case No. 5:26-mc-80042 NC

**ORDER OF CONDITIONAL DISMISSAL**

**Re: ECF 12**

The Court having held a hearing in this action on March 25, 2026, and it appearing that no issue remains for the Court's determination, IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. The Clerk of the Court is directed to administratively close this case. Any party may move to reopen the case, provided that such motion is filed within 30 days. All scheduled dates are VACATED.

The Court retains jurisdiction over this case for 30 days. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

**IT IS SO ORDERED.**

Dated:  June 30, 2026

_____

NATHANAEL M. COUSINS
United States Magistrate Judge